**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEORGE J. LUCAS, IV** | : | CIVIL ACTION |
| **v.** | : | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security** | : | NO. 18-1755 |

## ORDER

**NOW**, this 10th day of December, 2018, upon consideration of the Plaintiff's Statement of Issues and Brief in Support of Request for Review (Document No. 13), the defendant's response, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Document No. 16), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and
2. The plaintiff's Request for Review is **DENIED.**

/s/TIMOTHY J. SAVAGE